B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

IN RE: **Joshua J. Zimmer**  
**Denise R. Zimmer**

CASE NO **11-60670**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**  
CHASE  
201 N WALNUT ST # DE1-10  
WILMINGTON, DE 19801  
xxxxxxxxxx5400

**Describe Property Securing Debt:**  
2010 Ford Focus

Property will be (check one):  
☐ Surrendered  ☑ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☑ Reaffirm the debt  
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):  
☐ Claimed as exempt  ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**  
DFCU FINANCIAL C U  
400 TOWN CENTER DR  
DEARBORN, MI 48126  
xxxxx5443

**Describe Property Securing Debt:**  
2003 Jayco Trailer

Property will be (check one):  
☐ Surrendered  ☑ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☑ Reaffirm the debt  
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):  
☐ Claimed as exempt  ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE: **Joshua J. Zimmer**　　　　　　　　　　　　　　CASE NO **11-60670**
**Denise R. Zimmer**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

**Property No. 3**

| **Creditor's Name:**<br>FORD CRED<br>PO BOX BOX 542000<br>OMAHA, NE 68154<br>xxxx3067 | **Describe Property Securing Debt:**<br>2007 F150 60,000 miles |

Property will be (check one):
☐ Surrendered　　☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt　　☐ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:**<br>GMAC MORTGAGE<br>PO BOX 4622<br>WATERLOO, IA 50704<br>xxxxx6709 | **Describe Property Securing Debt:**<br>Rental Property |

Property will be (check one):
☑ Surrendered　　☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt　　☐ Not claimed as exempt

11-60670-tjt    Doc 5    Filed 07/29/11    Entered 07/29/11 19:39:55    Page 2 of 4

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

IN RE: **Joshua J. Zimmer**  CASE NO **11-60670**
**Denise R. Zimmer**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>US BANK<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301<br>xxxxxxxxx7150 | **Describe Property Securing Debt:**<br>Personal Residence |

Property will be (check one):
☐ Surrendered   ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>YES ☐   NO ☐ |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

IN RE: **Joshua J. Zimmer**        CASE NO **11-60670**
      **Denise R. Zimmer**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **7/29/2011**      Signature **/s/ Joshua J. Zimmer**
*Joshua J. Zimmer*

Date **7/29/2011**      Signature **/s/ Denise R. Zimmer**
*Denise R. Zimmer*

## CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date **7/29/2011**      **/s/ Kurt Thornbladh**
**Kurt Thornbladh**